**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2199**

GREGORY J. WALSH,

    Plaintiff – Appellant,

        and

CHRISTINA S. WALSH,

    Plaintiff,

        v.

NATIONSTAR MORTGAGE, LLC; FIRST HORIZON HOME LOAN CORPORATION; FIRST TENNESSEE BANK NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INCORPORATED,

    Defendants – Appellees,

        and

MICHELLE SLATTERY; LARRY RICE; ALL UNKNOWN PERSONS, Claiming any legal or equitable right, title, estate, lien or interest in the property described in the complaint adverse to plaintiffs' title, or any cloud on plaintiffs; DOES 1-20, inclusive,

    Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, District Judge. (1:13-cv-00608-LO-JFA)

Submitted: April 29, 2014                Decided: May 7, 2014

Before SHEDD, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gregory J. Walsh, Appellant Pro Se. John Curtis Lynch, TROUTMAN SANDERS, LLP, Virginia Beach, Virginia; Billy Bernard Ruhling, II, TROUTMAN SANDERS, LLP, Tysons Corner, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory J. Walsh appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Walsh v. Nationstar Mortg., LLC, No. 1:13-cv-00608-LO-JFA (E.D. Va. Sept. 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED